Priority ✓
Send ✓
Clsd ✓
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
FEB 15 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORMILINE INDUSTRIA DE LAMINADOS LTDA., <br><br> Plaintiff, <br><br> v. <br><br> MULTISOURCE LAMINATES, INC., and LAWRENCE BROPHY, SR., an individual, <br><br> Defendants. | Case No. CV 10-4790 GHK (JEMx) <br><br> Judge:   Hon. George H. King <br><br> **STIPULATED JUDGMENT AGAINST DEFENDANT MULTISOURCE LAMINATES, INC.** |

Upon the consent of plaintiff Formiline Industria De Laminados Ltda. and defendant MultiSource Laminates, Inc. pursuant to their separate written Settlement Agreement, and the Court being advised in such premises,

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. that plaintiff Formiline Industria De Laminados Ltda. recover the sum of Four Hundred Thousand Dollars ($400,000.00) from defendant MultiSource Laminates, Inc.;

2. that there shall be no prejudgment interest;

3. that post-judgment interest shall accrue at the prescribed Federal rate; and

Settlement Agreement
Exhibit B

RCI/5935406.1/JH6 — - 1 - — CV 10-4790 GHK (JEMx)
JUDGMENT AGAINST DEFENDANT MULTISOURCE LAMINATES, INC.

4. that each party shall bear its own costs and attorneys' fees.

Dated: 2/15/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE